# CIVIL COVER SHEET

JS 44 (Rev. 11/95)
26.

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Robert E Doan
Pro se

**DEFENDANTS** United States of America, U.S. Dist Court, Judge J. Niedermeier for U.S. Dist of VT, Town of Middletown Springs VT Selectmen, VT State Police Trooper Edward Whitek, Schwiebert Assoc, Bernard Ha, Marl Anderson, Alaska Hercules, Hercules Hollow, Marcy Compson, State of VT, Rutland County Superior Court, Judge Zimmerman, Cohen, Mosher, VT State Att Morgan, James Dumont, US Attorney (VT)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Vermont
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
State of Vermont

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Federal Bar No. _____

**ATTORNEYS (IF KNOWN)**
Federal Bar No. _____

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party) — Organized Crime
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 320 Assault, Libel & Slander
- ☒ 362 Personal Injury — Med Malpractice
- ☒ 360 Other Personal Injury
- ☒ 380 Other Personal Property Damage
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☒ 240 Torts to Land
- ☒ 440 Other Civil Rights
- ☒ 550 Civil Rights
- ☒ 950 Constitutionality of State Statutes

**VI. CAUSE OF ACTION**
Title 42 USC § 1983  Cause of Action: Conspiracy, Obstruction, Universal Declaration of Human Rights, Obstruction of Justice
Vermont State  The 5th, 14th Amendment of US

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5 million Dollars per Defendant
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)
JUDGE _____    DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # 3467  AMOUNT 150  APPLYING IFP ___  JUDGE JDM  MAG. JUDGE ___
Sm. Iss.   2:04-CV-146