# United States District Court

## District of Vermont

| | |
|---|---|
| ROBERT E. ZORN, | |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 1:04-CV-146 |
| UNITED STATES OF AMERICA; | |
| JUDGE JEROME NIEDERMEIER; | |
| TOWN OF MIDDLETOWN SPRINGS; | |
| STATE OF VERMONT; | |
| JUDGE PATRICIA ZIMMERMAN; | |
| JUDGE WILLIAM COHEN; | |
| JUDGE RICHARD NORTON; | |
| JAMES DUMONT; | |
| RUTLAND COUNTY SHERIFF'S DEPARTMENT; | |
| JAMES MONGEON; | |
| HALL, SCHWIEBERT, FACEY, BIEDERMAN, ANDERSON and BERTRAND; | |
| KARL ANDERSON; | |
| BIRGER HEFFERMEHL; | |
| HEVERLEE NANCY GRAYSON; | |
| HEBERLE MOLLO; | |
| THE RUTLAND HERALD; | |
| ALAN KEAYS; | |
| JOEL DAVIDSON; | |
| VERMONT STATE POLICE, | |
| Defendants. | |

_____ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order (Doc. No. 168), dated April 26, 2005, the defendants State of Vermont and James Dumont Motions' to Dismiss (Doc. Nos. 133 and 134) are GRANTED, and all the claims against them are DISMISSED without prejudice.

All remaining motions (Doc. Nos. 97, 105, 107, 111, 112, 115, 116, 117, 118, 120, 125, 128, 129, 130, 131, 135, 142, 143, 144, 145, 148, 151, 153, 154, 157, 159, 161 and 164) are DENIED.

Defendants Birger Heffermehl and Heberle Mollo have been previously DISMISSED pursuant to the Court's Opinion and Order (Doc. No. 121), filed January 3, 2005.

All other defendants have been previously DISMISSED by the Court based upon, inter alia, judicial immunity and lack of subject matter jurisdiction. (See Doc. No. 88, filed November 15, 2004)

JUDGMENT is hereby entered for All Defendants against plaintiff Robert E. Zorn.

Date:  April 27, 2005

RICHARD PAUL WASKO
Clerk

(By) Deputy Clerk

JUDGMENT ENTERED ON DOCKET
DATE: 04/27/2005